IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )        2:16cr570-MHT
ADRIAN DESHAWN THOMPSON     )             (WO)
```

MENTAL-HELATH ORDER

In accordance with the provisions in the judgment of conviction (doc. nos. 100 and 101), it is ORDERED that, upon defendant Adrian Deshawn Thompson's release from prison:

(1) The United States Probation Office is to arrange for defendant Thompson to receive a mental-health evaluation, the result of which is to be filed in a report to the court within 30 days of his release. Among other issues, the report is to identify if defendant Thompson needs medication-assisted treatment to address addiction.

(2) The United States Probation Office is to arrange for defendant Thompson to be enrolled in a substance-abuse program and to receive mental-health treatment twice per month until further ordered.

DONE, this the 12th day of December, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**