IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:16cr570-MHT |
| | ) | (WO) |
| ADRIAN DESHAWN THOMPSON | ) | |

FINAL ORDER OF FORFEITURE

WHEREAS, on July 26, 2018, this court entered a preliminary order of forfeiture (doc. no. 78) forfeiting defendant's interest in a Ram-Line, Inc., model Exactor, .22 caliber pistol, bearing serial number P8-25-10775; a Phoenix Arms Company, model PH22A, .22 caliber pistol, bearing serial number 4235670; two magazines; and 65 rounds of .22 caliber ammunition;

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is the defendant, and the government gave defendant notice in the Indictment that

it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. § 924(c)(1)(A); and,

WHEREAS, the court finds that defendant Thompson has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), and that the United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 924(c)(1)(A);

It is hereby ORDERED that the motion for a final order of forfeiture (doc. no. 102) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): a Ram-Line, Inc., model Exactor, .22 caliber pistol, bearing serial number P8-25-10775; a Phoenix Arms Company, model PH22A, .22 caliber pistol, bearing serial number 4235670; two magazines; and 65 rounds of .22 caliber ammunition.

2. All right, title and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 12th day of December, 2018.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**