IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:16cr570-MHT |
| | ) | (WO) |
| ADRIAN DESHAWN THOMPSON | ) | |

**ORDER**

Based on the representations made on the record on October 30, 2019, it is ORDERED that defendant Adrian Deshawn Thompson is to continue to receive the substance-abuse and mental-health treatments set forth in the court's order of December 12, 2018 (doc. no. 103).

DONE, this the 31st day of October, 2019.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**