IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )        2:16cr570-MHT
                              )            (WO)
ADRIAN DESHAWN THOMPSON       )
```

ORDER

Based on the representations made on the record during the telephone conference on February 3, 2021, and based on the oral representation of the United States Probation Officer that he does not object to the dismissal without prejudice of the pending petition (doc. no. 114), it is ORDERED that:

(1) The unopposed motion to modify defendant Adrian Thompson's conditions of supervised release (doc. no. 150) is granted.  The condition requiring defendant Thompson to reside for three months at a residential reentry center is suspended.

(2) Defendant Thompson is to reside at his mother's residence until further order of the court.

(3) Defense counsel is to arrange for defendant Thompson to be evaluated again by Dr. Adriana Flores for an assessment of his current treatment needs and a recommendation as what treatment is now appropriate. Dr. Flores has previously recommended an "Assertive Care Team (ACT)" for defendant Thompson. Her evaluation report should explain this service and should indicate how the court might provide it to defendant Thompson.

(4) On or before Friday, February 12, 2021, defense counsel shall file either the report of Dr. Flores's evaluation or an explanation as to when the court will receive Dr. Flores's report. Defense counsel and the U.S. Probation Officer should also inform the court by that date whether defendant Thompson's mother is willing to continue having him reside with her, and, if not, their recommendation as to where defendant Thompson should reside. This information may be included in the status report that defense counsel has

2

previously been ordered to file by that date.  *See* Order (doc. no. 146).

(5) The pending petition to modify the terms of defendant Thompson's supervised release (doc. no. 114) is dismissed without prejudice.

DONE, this the 5th day of February, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE