IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:16cr570-MHT
                            )          (WO)
ADRIAN DESHAWN THOMPSON      )
```

ORDER

Based on the representations made on the record during the revocation hearing on April 13, 2021, it is ORDERED that:

(1) Defense counsel's oral motion to continue (Doc. 183) is granted.

(2) The <u>in-person</u> hearing on the revocation petition (Doc. 170) is continued until 10:00 a.m. on June 25, 2021, in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

(3) Defendant Adrian Deshawn Thompson is to appear at the hearing. Both defense counsel and the supervising probation officer are to inform defendant Thompson that he must appear.

(4) The clerk of the court and the U.S. Marshal are to rescind the arrest warrant (Doc. 173) issued pursuant to the order entered on March 26, 2021 (Doc. 172).

(5) The supervising probation officer is to make arrangements for defendant Thompson to resume bi-monthly counseling with Dr. Kale Kirkland.

(6) On or before April 15, 2021, defense counsel is to file a report confirming that defendant Thompson has a job.

(7) On or before May 17, 2021, the supervising probation officer is to file a report as to how defendant Thompson is doing, including whether his bi-monthly counseling sessions with Dr. Kale Kirkland have been reinstated, whether he has made permanent housing arrangements, and whether he is complying with ALL the directives of the supervising probation officer.

DONE, this the 14th day of April, 2021.

2

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE