IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:16cr570-MHT
                            )            (WO)
ADRIAN DESHAWN THOMPSON     )
```

ORDER

Based upon the representations made on the record on September 30, 2021, it is ORDERED that:

(1) Defendant Adrian Deshawn Thompson is adjudged guilty of violations 2, 3, 4, 5 and 6 of the amended petition for the revocation of his supervised release (Doc. 195), and sentencing as to those violations is continued generally.

(2) The hearing on violation 1 of the amended petition for the revocation of Thompson's supervised release (Doc. 195) is, at this time, continued generally, pending disposition of the underlying state charge.

(3) An on-the-record telephonic status conference regarding how to proceed on the amended petition for

the revocation of Thompson's supervised release (Doc. 195) is set for November 30, 2021, at 9:00 a.m.  The courtroom deputy shall make the necessary arrangements.

(4) Three business days before the status conference the supervising probation officer and defense counsel shall do the following:

    (a)  The supervising probation officer shall file a report on defendant Thompson's compliance with the conditions of his supervised release; and

    (b)  Defense counsel shall file a report on the status of defendant Thompson's access to ACT services.

DONE, this the 30th day of September, 2021.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**