IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:16cr570-MHT
                            )            (WO)
ADRIAN DESHAWN THOMPSON     )
```

ORDER

Based upon the representations made on the record on November 30, 2021, it is ORDERED that:

(1) Sentencing is again continued generally as to defendant Adrian Deshawn Thompson's adjudication of guilt as to violations 2, 3, 4, 5, and 6 of the amended petition for the revocation of his supervised release (Doc. 195).

(2) The hearing on violation 1 of the amended petition for the revocation of Thompson's supervised release (Doc. 195) is again continued generally, pending disposition of the underlying state charge.

(3) Another on-the-record telephonic status conference regarding how to proceed on the amended petition for the revocation of Thompson's supervised release (Doc. 195) is set for January 21, 2022, at 9:00

a.m. The courtroom deputy shall make the necessary arrangements.

(4) Three business days before the status conference the supervising probation officer and defense counsel shall do the following:

    (a) The supervising probation officer shall file a report on defendant Thompson's compliance with the conditions of his supervised release; and

    (b) Defense counsel shall file a report on the status of: (i) defendant Thompson's access to ACT services; (ii) the diagnostic determination of whether he suffers from Attention Deficit Hyperactivity Disorder and, if so, what medication he should receive; and (iii) the modification of his medications to allay their side effects.

DONE, this the 30th day of November, 2021.

                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE