IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
     v.                      )         2:16cr570-MHT
                             )             (WO)
ADRIAN DESHAWN THOMPSON      )
```

JUDGMENT

The court having found defendant Adrian Deshawn Thompson guilty of charges 2, 3, 4, 5, and 6 in the amended revocation petition (Doc. 194), and based on the representations made in open court on March 30, 2022, it is the ORDER, JUDGMENT, and DECREE of the court that said petition is resolved as follows:

(1) Charge 1 in the amended revocation petition (Doc. 194) is dismissed on the government's oral motion.

(2) Supervised release is not revoked.

(3) Defendant Adrian Deshawn Thompson is continued on supervised release, under all of the conditions previously imposed, including the condition to receive

mental-health counseling from Dr. Kale Kirkland.

DONE, this the 31st day of March, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE